DISMISS: Opinion filed January 15, 2013

000247



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01288-CV

SHEILA M. GOODEN AND ALL OTHER OCCUPANTS OF
950 BARRYMORE LANE, DUNCANVILLE, TEXAS 75137, Appellants

V.

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE
LOAN TRUST INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-SHL1,
Appellee

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-11-04586-B

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Before the Court is appellee's November 6, 2012 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. By letter dated November 30, 2012, the Court informed appellants that their brief was past due. We instructed appellants to file their brief within ten days and cautioned them that failure to do so would result in dismissal of their appeal without further notice. See TEX. R. APP. P. 38.8(a)(1).

As of today's date, appellants have not filed their brief. Accordingly, we grant appellee's motion and dismiss the appeal. See TEX. R. APP. P. 38.8(a)(1) & 42.3(b) & (c).

CAROLYN WRIGHT
CHIEF JUSTICE

111288F.P05